**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLEON W. GILLIAM,<br><br>    Plaintiff,<br><br>v.<br><br>E. FRANCES, et al.,<br><br>    Defendants. | No. CV 14-5716-PSG (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REVISED INTERIM REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's revised interim report and recommendation, and the objections to the interim report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, THE COURT:

1. Accepts the revised interim report and recommendation.

2. Grants defendants' Motion to Dismiss;

3. Dismisses with prejudice and *without* leave to amend plaintiff's:

(a) prayer for declaratory and injunctive relief arising from any alleged federal civil rights violation;

(b) federal civil rights claims against the CDCR;

    (c) ADA and federal civil rights claims against defendants Finander, Shank, Morris, Marquez, Martinez, and Williams, in their individual as well as official capacities; and

    (d) ADA claims against defendant Frances in her individual capacity;

4. Dismisses plaintiff's prayer for declaratory or injunctive relief pursuant to the ADA without leave to amend but without prejudice to plaintiff pursuing such claims in the <u>Armstrong</u> class action;

5. Dismisses *with* leave to amend plaintiff's:

    (a) Eighth Amendment claim for monetary damages against defendant Frances in her individual capacity; and

    (b) ADA claim for monetary damages against the CDCR and defendant Frances in her official capacity; and

6. Denies as moot plaintiff's Request (<u>see</u> Docket No. 34) that the Court order additional defendants named in the FAC be served.

The clerk shall serve this order on all counsel or parties of record.

DATED: 10/5/15

                PHILIP S. GUTIERREZ
              HONORABLE PHILIP S. GUTIERREZ
              UNITED STATES DISTRICT JUDGE