UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLEON W. GILLIAM,<br><br>        Plaintiff,<br><br>        v.<br><br>E. FRANCES, et al.,<br><br>        Defendants. | No. CV 14-5716-PSG (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: __9/16/16_____    _____
                                                                  HONORABLE PHILIP S. GUTIERREZ
                                                                  UNITED STATES DISTRICT JUDGE